IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** :  :  **Plaintiff,** :  :  v. :  :  **CLYDE WHITE, JR.,** :  :  :  **Defendant.** : | Cr. No. 08-0223M-01 (JMF) |

**NOTICE OF CHANGE IN COUNSEL**
**FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Jonathan S. Jeffress has assumed responsibility for the defense of Clyde M. White, Jr. in the above-captioned case. Mr. White's case had previously been assigned to Assistant Federal Public Defender Rita Bosworth.

Respectfully submitted,

"/s/"
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

_____